# United States Court of Appeals

## For the Eighth Circuit

_____

No. 25-3174

_____

Megan H. Cowden

*Plaintiff - Appellant*

v.

United States Department of the Treasury; Internal Revenue Service;
United States of America

*Defendants - Appellees*

_____

Appeal from United States District Court
for the Eastern District of Missouri - St. Louis

_____

Submitted: June 4, 2026
Filed: June 9, 2026
[Unpublished]

_____

Before BENTON, GRASZ, and STRAS, Circuit Judges.

_____

PER CURIAM.

Megan Cowden appeals the district court's[1] dismissal of her civil action challenging a federal tax lien. Having jurisdiction under 28 U.S.C. § 1291, this court affirms the judgment as modified.

Upon careful review, this court agrees with the district court that it lacked jurisdiction. *See Great Rivers Habitat All. v. Fed. Emergency Mgmt. Agency*, 615 F.3d 985, 988 (8th Cir. 2010) (standard of review); *Porter v. Fox*, 99 F.3d 271, 274 (8th Cir. 1996) (per curiam). However, the judgment is modified to reflect that the dismissal is without prejudice. *See MSK EyEs Ltd. v. Wells Fargo Bank*, 546 F.3d 533, 539 n.3 (8th Cir. 2008) (courts are generally barred from dismissing with prejudice if subject matter jurisdiction is lacking).

The judgment is affirmed as modified. *See* 8th Cir. R. 47B.

_____

[1]The Honorable Zachary M. Bluestone, United States District Judge for the Eastern District of Missouri.

-2-